```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
WILLIAM TONKIN,

                Plaintiff,            21 Civ. 6575 (NRB)

        - against -                         ORDER

ANDREW LEE and LAUREN LEE

                Defendants.
---------------------------------X
```

**WHEREAS** this case was removed on August 4, 2021 from the Supreme Court of the State of New York, County of New York (Index No. 156401/2021) on the basis of diversity jurisdiction; and

**WHEREAS** the parties have stipulated that plaintiff may amend his complaint to add Applied Golf-Blue Hill, LLC as a defendant; and

**WHEREAS** the addition of Applied Golf-Blue Hill LLC as a defendant eliminates complete diversity and divests this Court of subject matter jurisdiction, as the parties have stipulated; it is hereby

**ORDERED** that this case is remanded to the Supreme Court of the State of New York, County of New York.

DATED:   New York, New York
         February 11, 2022

                                    _____
                                       NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE